UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS WILLIAMSINCLAIR RICHEY,

    Plaintiff,

v.

CHERYL SULLIVAN, et al.,

    Defendants.

CASE NO. C14-5050 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The Court grants Defendants' motion for summary judgment, denies Plaintiff's motion for summary judgment, gives Plaintiff a strike as the action is frivolous and malicious, and revokes in forma pauperis status for the purpose of appeal.

Dated this 12th day August, 2014.

                                                      BENJAMIN H. SETTLE
                                                      United States District Judge

ORDER